# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD JORDAN,<br><br>                Plaintiff,<br><br>      v.<br><br>DR. BEN LEE,<br><br>                Defendant. | Case No. CV 19-5182-JLS (JEM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. Section 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has filed Objections, and Defendant has filed a Reply to the Objections. The Court has reviewed <u>de novo</u> those portions of the Report and Recommendation to which Plaintiff has objected. The Court overrules Plaintiff's Objections and accepts the findings and recommendations of the Magistrate Judge.

      IT IS HEREBY ORDERED that: (1) Defendant's Motion for Summary Judgment is granted as follows: (a) Plaintiff's Eighth Amendment claim is dismissed with prejudice;

and (b) Plaintiff's state law negligence claim is dismissed without prejudice; and (2) Judgment shall be entered dismissing this action without leave to amend.

Dated: April 20, 2022

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE