JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD JORDAN,<br><br>    Plaintiff,<br><br>    v.<br><br>DR. BEN LEE,<br><br>    Defendant. | Case No. CV 19-5182-JLS (JEM)<br><br>JUDGMENT |

  In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

  IT IS HEREBY ADJUDGED that the action is dismissed without leave to amend.

Dated: April 20, 2022

                _____
                JOSEPHINE L. STATON
                UNITED STATES DISTRICT JUDGE